B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re    SA-St. Petersburg, LLC                                    Case No. _____
                                    Debtor(s)                      Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A-STELLAR PROPERTY MAINTENANCE & LANDSCAPING P.O. BOX 398 SAFETY HARBOR, FL 34695-0398 | A-STELLAR PROPERTY MAINTENANCE & LANDSCAPING P.O. BOX 398 SAFETY HARBOR, FL 34695-0398 | TRADE | | 6,447.50 |
| AHCA-OPC AGENCY FOR HEALTH CARE ADMIN. PO BOX 13749 TALLAHASSEE, FL 32317-3749 | AHCA-OPC AGENCY FOR HEALTH CARE ADMIN. PO BOX 13749 TALLAHASSEE, FL 32317-3749 | TRADE | | 3,869.66 |
| AHCA-ST. PETERSBURG SEBRING BUILDING 525 MIRROR LAKE DRIVE NORTH ST. PETERSBURG, FL 33701 | AHCA-ST. PETERSBURG SEBRING BUILDING 525 MIRROR LAKE DRIVE NORTH ST. PETERSBURG, FL 33701 | TRADE | | 14,152.58 |
| BAYFRONT MEDICAL CENTER, INC. 701- 6TH STREET SOUTH ST. PETERSBURG, FL 33701 | BAYFRONT MEDICAL CENTER, INC. 701- 6TH STREET SOUTH ST. PETERSBURG, FL 33701 | TRADE | | 37,894.50 |
| DAYTECH DESIGN INC 2014 EDGEWATER SUITE 105 ORLANDO, FL 32804 | DAYTECH DESIGN INC 2014 EDGEWATER SUITE 105 ORLANDO, FL 32804 | TRADE | | 4,764.81 |
| DIRECT SUPPLY HEALTHCARE EQUIP BOX 88201 MILWAUKEE, WI 53288-0201 | DIRECT SUPPLY HEALTHCARE EQUIP BOX 88201 MILWAUKEE, WI 53288-0201 | TRADE | | 22,899.86 |
| DONNELLY ENGINEERING 8751 COMMODITY CIRCLE SUITE 5 ORLANDO, FL 32819 | DONNELLY ENGINEERING 8751 COMMODITY CIRCLE SUITE 5 ORLANDO, FL 32819 | TRADE | | 63,731.00 |
| FADI SABA, M.D. 1839 CENTRAL AVENUE ST. PETERSBURG, FL 33716 | FADI SABA, M.D. 1839 CENTRAL AVENUE ST. PETERSBURG, FL 33716 | TRADE | | 4,000.00 |

In re  SA-St. Petersburg, LLC                                    Case No. _____

                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| FLORIDA HEALTH CARE ASSOCIATION<br>PO BOX 1459<br>TALLAHASSEE, FL 32302-1459 | FLORIDA HEALTH CARE ASSOCIATION<br>PO BOX 1459<br>TALLAHASSEE, FL 32302-1459 | TRADE | | 6,422.60 |
| HALCYON REHABILITATION<br>4 WEST RED OAK LANE<br>SUITE 201<br>WHITE PLAINS, NY 10604 | HALCYON REHABILITATION<br>4 WEST RED OAK LANE<br>SUITE 201<br>WHITE PLAINS, NY 10604 | TRADE | | 272,368.35 |
| JOERNS HEALTHCARE, INC.<br>PO BOX 933733<br>ATLANTA, GA 31193 | JOERNS HEALTHCARE, INC.<br>PO BOX 933733<br>ATLANTA, GA 31193 | TRADE | | 17,985.06 |
| MAINTENANCE WAREHOUSE<br>PO BOX 509058<br>SAN DIEGO, CA 92150-9058 | MAINTENANCE WAREHOUSE<br>PO BOX 509058<br>SAN DIEGO, CA 92150-9058 | TRADE | | 10,045.28 |
| MEDICAL PARTS SOURCE INC.<br>1850 PORTER LAKE DRIVE<br>SUITE 101<br>SARASOTA, FL 34240 | MEDICAL PARTS SOURCE INC.<br>1850 PORTER LAKE DRIVE<br>SUITE 101<br>SARASOTA, FL 34240 | TRADE | | 6,724.35 |
| MEDLINE INDUSTRIES<br>PO BOX 382075<br>PITTSBURGH, PA 15251-8075 | MEDLINE INDUSTRIES<br>PO BOX 382075<br>PITTSBURGH, PA 15251-8075 | TRADE | | 211,724.51 |
| OMNICARE<br>900 OMNICARE CENTER<br>201 EAST FOURTH STREET<br>CINCINNATI, OH 45202 | OMNICARE<br>900 OMNICARE CENTER<br>201 EAST FOURTH STREET<br>CINCINNATI, OH 45202 | TRADE | | 16,228.32 |
| OMNICARE PHARMACY<br>900 OMNICARE CENTER<br>201 EAST FOURTH STREET<br>CINCINNATI, OH 45202 | OMNICARE PHARMACY<br>900 OMNICARE CENTER<br>201 EAST FOURTH STREET<br>CINCINNATI, OH 45202 | TRADE | | 65,338.74 |
| OPTIMA COMMUNICATIONS SYSTEMS, INC.<br>P.O. BOX 15<br>PALISADES, NY 10964 | OPTIMA COMMUNICATIONS SYSTEMS, INC.<br>P.O. BOX 15<br>PALISADES, NY 10964 | TRADE | | 5,494.49 |
| OSCEOLA SUPPLY, INC.<br>PO BOX 13503<br>TALLAHASSEE, FL 32317 | OSCEOLA SUPPLY, INC.<br>PO BOX 13503<br>TALLAHASSEE, FL 32317 | TRADE | | 4,599.63 |
| RK COLLABORATIVE<br>545 Delaney Ave<br>SUITE 7<br>ORLANDO, FL 32801 | RK COLLABORATIVE<br>545 Delaney Ave<br>SUITE 7<br>ORLANDO, FL 32801 | TRADE | | 152,387.55 |
| U.S.FOODSERVICE<br>3682 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693-0036 | U.S.FOODSERVICE<br>3682 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693-0036 | TRADE | | 15,693.82 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Designated Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 3, 2014**                    Signature  **/s/ Raymond P. Mulry**
                                                                                      **Raymond P. Mulry**
                                                                                      **Designated Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.