18.c

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**Office of the Clerk**
**214 Jefferson Street, Suite 100**
**Lafayette LA 70501**

September 4, 2014

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101–7346

Secretary of the Treasury
United States of America
Washington, DC 20220

US Securities & Exchange Commission
Chicago Regional Office
175 W. Jackson Boulevard, Ste. 900
Chicago, IL 60604
BankruptcyNoticesCHR@sec.gov

*Debtor(s)* : SA-St. Petersburg, LLC       *Case Number* : 14-51101

Gentlemen :

Pursuant to Rule 1002, we are enclosing to you herewith copies of the following in the above captioned proceeding under Chapter 11 of the Bankruptcy Code :

| | |
|---|---|
| x | Petition |
| x | List of 20 largest creditors |
| x | Corporate resolution |
| | Statement and/or schedules |

                                        Edward A. Takara
                                        Clerk, U.S. Bankruptcy Court


                                        By: /s/ Melonie Doucet
                                            DEPUTY CLERK

Enclosure(s)